# Exhibit 1

1. Check the frequency of activity required of the employee to perform the job. **Service Advisor**

| **ACTIVITY** (Hours per day) | **NEVER** 0 hours | **OCCASIONALLY** up to 3 hours | **FREQUENTLY** 3-6 hours | **CONSTANTLY** 6-8+ hours |
|---|---|---|---|---|
| Sitting | | | x | |
| Walking | | | x | |
| Standing | | | x | |
| Bending (neck) | | | x | |
| Bending (waist) | | | x | |
| Squatting | | x | | |
| Climbing | | x | | |
| Kneeling | | x | | |
| Crawling | x | | | |
| Twisting (neck) | | | x | |
| Twisting (waist) | | x | | |
| Hand Use: Dominant hand: Right Left | | | | |
| Is repetitive use of hand required? | | | x | |
| Simple Grasping (right hand) | | | x | |
| Simple Grasping (left hand | | | x | |
| Power Grasping (right hand) | | x | | |
| Power Grasping (left hand) | | x | | |
| Fine Manipulation (right hand) | | | x | |
| Fine Manipulation (left hand) | | | x | |
| Pushing & Pulling (right hand) | | | x | |
| Pushing & Pulling (left hand) | | | x | |
| Reaching (above shoulder level) | | x | | |
| Reaching (below shoulder level) | | | x | |

2. Please indicate the daily lifting and carrying requirements of the Job: Indicate the height the object is lifted from floor to table or overhead location and the distance the object is carried.

| | | **LIFTING** | | |
|---|---|---|---|---|
| | NEVER 0 hrs. | Occasionally up to 3 hrs. | Frequently 3-6 hrs. | Constantly 6-8 hrs. |
| 0-10 lbs. | | | | x |
| 11-25 lbs. | | | x | |
| 26-50 lbs. | | x | | |
| 51-75 lbs. | | x | | |
| 76-100 lbs. | x | | | |
| 100 + lbs. | x | | | |

| | | | **CARRYING** | | | |
|---|---|---|---|---|---|---|
| | HEIGHT | NEVER 0 hrs | Occasionally up to 3 hrs. | Frequently 3-6 hrs. | Constantly 6-8 hrs. | Distance |
| 0-10 lbs. | 4 FEET | | | | x | 50 FEET |
| 11-25 lbs. | 3 FEET | | | x | | 3 FEET |
| 26-50 lbs. | 3 FEET | | x | | | 3 FEET |
| 51-75 lbs. | 3 FEET | | x | | | 3 FEET |
| 76-100 lbs. | | x | | | | |
| 100 + lbs. | | x | | | | |

Describe the heaviest item reqmred to carry, and the distance to be carried: a hood of an automobile, up to 60 lbs. up to 3 feet.

3. Please indicate if your job requires:

| | YES | NO | (IF YES, PLEASE BRIEFLY DESCRIBE) |
|---|---|---|---|
| a. Driving cars, trucks, forklifts and other equipment? | x | | automobile |
| b. Working around equipment and machinery? | x | | vehicles themselves, and equip. in shop |
| c. Walking on uneven ground? | x | | service bay areas |
| d. Exposure to excessive noise? | x | | tool/shop noise |
| e. Exposure to extremes in temperature, humidity or wetness? | x | | regional weather |
| f. Exposure to dust, gas, fumes, or chemicals? | x | | all four |
| g. Working at heights? | | x | |
| h. Operation of foot controls or repetitive foot movements? | x | | vehicle pedals |
| I. Use of special visual or auditory protective equipment? | x | | safety glasses and ear plugs |
| J. Working with bio-hazards such as: blood borne pathogens, sewage, hospital waste, etc. | | x | |