**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Luis Monroy,

Plaintiff,

vs.

The Lincoln National Life Insurance Company,

Defendant.

Case No. 4:18-CV-00341-JAS

**JOINT MOTION REGARDING RULE 16 JOINT REPORT AND CASE MANAGEMENT CONFERENCE**

Plaintiff Luis Monroy and Defendant The Lincoln National Life Insurance Company file this Stipulation Regarding Rule 16 Joint Report and Case Management Conference.

1. Pursuant to the Order (Document 8) entered by the Court in the above-styled action on September 24, 2018, the Parties must file a Rule 16 joint report by October 24, 2018, and appear for a Case Management Conference on October 31, 2018, at 2:00 p.m. before District Judge James A. Soto. However, due to conflicting schedules, the Parties' respective counsel are unable to complete the joint report by

October 24, 2018.. Further, counsel for Defendant will be out of the country and unavailable to attend the Case Management Conference on October 31, 2018.[1]

2. For the foregoing reasons, the parties request that the Court allow the parties until November 9, 2018 to file a Rule 16 joint report and reset the Case Management Conference to a date sometime during the weeks of November 12-16 or November 26-30.

3. Additionally, Defendant's counsel would like to appear at the Case Management Conference via telephone. Plaintiff's counsel has no objection to Defendant's counsel appearing via telephone for the Case Management Conference.

WHEREFORE, the Parties request that they have until and including November 9, 2018 to file a Rule 16 joint report and that the Court reset the Case Management Conference to take place on a date sometime during the week of November 12-16 or during the week of November 26-30, and allow Defendant's counsel to appear for the Case Management Conference via telephone.

Dated this 10th day of October 2018.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaeks
Iwana Rademaekers
Attorneys for Defendant

- AND -

**WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C**

By: /s/ Barry Kirschner
Barry Kirschner
Attorney for Plaintiff

[1] Although counsel for Defendant would be available to appear via telephone on October 31, 2018, she will be outside the United States on that date and is concerned about having a reliable connection from her overseas location.

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Barry Kirschner
bkirschner@waterfallattorneys.com
Attorneys for Plaintiff

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.