UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Monroy,<br>Plaintiff,<br>vs.<br>The Lincoln National Life Insurance Company,<br>Defendant. | Case No. 4:18-CV-00341-JAS<br>**[PROPOSED] ORDER** |

After considering the Joint Motion Regarding Rule 16 Joint Report and Case Management Conference, the Court is of the opinion that the Motion should be, and is hereby, **GRANTED**. It is, therefore,

**ORDERED** that the Parties shall have until and including November 9, 2018, to file their Rule 16 Joint Report.

**IT IS FURTHER ORDERED** that Defendant's counsel shall appear via telephone for the Case Management Conference, which is reset to November ____, 2018.