**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Luis Monroy,<br>Plaintiff,<br>vs.<br>The Lincoln National Life Insurance Company,<br>Defendant. | Case No. 4:18-CV-00341-JAS<br><br>**ORDER** |

After considering the Joint Motion Regarding Rule 16 Joint Report and Case Management Conference (Doc. 9), the Court is of the opinion that the Motion should be, and is hereby, **GRANTED**.

**IT IS ORDERED** that the Parties shall have until and including November 9, 2018, to file their Rule 16 Joint Report.

**IT IS FURTHER ORDERED** that Defendant's counsel shall appear via telephone for the Case Management Conference, which is reset to 2:00 p.m. on November 14, 2018. Counsel for Defendant shall contact chambers via email at soto_chambers@azd.uscourts.gov and shall provide accurate contact information.

Dated this 11th day of October, 2018.

Honorable James A. Soto
United States District Judge