**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Monroy,<br>Plaintiff,<br>vs.<br>The Lincoln National Life Insurance Company,<br>Defendant. | Case No. 4:18-CV-00341-JAS<br>**JOINT MOTION TO EXTEND DEADLINES FOR MIDP RESPONSES AND SUBMSSION OF THE ADMINISTRATIVE RECORD** |

Plaintiff Luis Monroy and Defendant The Lincoln National Life Insurance Company file this Joint Motion to Extend Deadlines for MIDP Responses and Submission of the Administrative Record.

1. Pursuant to the Order (Document 13) entered by the Court in the above-styled action on November 15, 2018, the Parties must exchange MIDP responses on or before December 6, 2018 and Defendant must file the administrative record on or before November 30, 2018. However, the benefits at issue in this action are in the process of being paid, and the parties are discussing a resolution of any remaining issues in the case. Accordingly, the parties desire to save both the Court's resources and the Parties' legal fees and respectfully request a two-week extension on these two

deadlines, so the parties can fully explore these options without incurring the time and expense required for the parties' counsel to prepare MIDP responses and the administrative record.

2. For the foregoing reasons, the parties request that the Court allow the Parties until December 20, 2018 to exchange MIDP response and allow Defendant until December 14, 2018 to file the administrative record.

WHEREFORE, the Parties request that they have until and including December 20, 2018 to exchange MIDP responses and that Defendant have until and including December 14, 2018 to file the administrative record.

Dated this 30th day of November 2018.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaeks
Iwana Rademaekers
Attorneys for Defendant

- AND -

**WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C**

By: /s/ Barry Kirschner
Barry Kirschner
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2018, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Barry Kirschner
bkirschner@waterfallattorneys.com
Attorneys for Plaintiff

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.