UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Monroy,<br>Plaintiff,<br>vs.<br>The Lincoln National Life Insurance Company,<br>Defendant. | Case No. 4:18-CV-00341-JAS<br>**[PROPOSED] ORDER** |

After considering the Joint Motion to Extend Deadlines for MIDP Responses and Submission of Administrative Record, and good cause appearing, the Court is of the opinion that the Motion should be, and is hereby, **GRANTED**. It is, therefore,

**ORDERED** that the Parties shall have until and including December 20, 2018, to exchange MIDP responses and Defendant shall have until and including December 14, 2018 to file the administrative record.