**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Luis Monroy,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Insurance Company,<br><br>Defendant. | No. CV-18-00341-TUC-JAS<br><br>**ORDER** |

After considering the Joint Motion to Extend Deadlines for MIDP Responses and Submission of Administrative Record (Doc. 14), and good cause appearing, the Court finds that the Motion should be GRANTED. Accordingly,

IT IS HEREBY ORDERED that the Parties shall have until and including December 20, 2018, to exchange MIDP responses and Defendant shall have until and including December 14, 2018 to file the administrative record.

Dated this 30th day of November, 2018.

Honorable James A. Soto
United States District Judge