**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Monroy,<br>Plaintiff,<br>vs.<br>The Lincoln National Life Insurance Company,<br>Defendant. | Case No. 4:18-CV-00341-JAS<br>**NOTICE OF SETTLEMENT** |

Plaintiff, Luis Monroy, and Defendant, The Lincoln National Life Insurance Company, hereby give notice that this case has settled. The parties will soon file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

RESPECTFULLY SUBMITTED this 21st day of December 2018.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560

*Attorney for Defendant*

***AND***

By: /s/ Barry Kirschner (with permission)
Barry Kirschner
**WATERFALL, ECONOMIDIS, CALDWELL,**

**HANSHAW & VILLAMANA, P.C**
5210 E. Williams Circlie, #800
Tucson, AZ 85711
Phone: (520) 745-7810
Email: bkirschner@waterfallattorneys.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Barry Kirschner
Email: bkirschner@waterfallattorneys.com
Attorneys for Plaintiff

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.