**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Luis Monroy,<br>Plaintiff,<br>v.<br>Lincoln National Insurance Company,<br>Defendant. | No. CV-18-00341-TUC-JAS<br>**ORDER** |

A review of the record indicates that on Friday, December 21, 2018, the parties filed a notice that a settlement had been reached and that the proper paperwork would be filed. (Doc. 16.) The parties have not filed any paperwork with the Court. The parties shall file a report with the Court on or before Friday, April 12, 2019, indicating the status of the litigation.

Dated this 5th day of March, 2019.

Honorable James A. Soto
United States District Judge