Barry Kirschner
**WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C**
5210 E. Williams Circlie, #800
Tucson, AZ 85711
Phone: (520) 745-7810
Email: bkirschner@waterfallattorneys.com

*Attorneys for Plaintiff*

**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Tel: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorneys for Defendant

THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Monroy,<br>Plaintiff,<br>vs.<br>The Lincoln National Life Insurance Company,<br>Defendant. | Case No.: 4:18-CV-00341-JAS<br><br>**STIPULATION OF DIMISSAL WITH PREJUDICE** |

Plaintiff Luis Monroy ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Defendant") file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

The parties have negotiated and resolved amounts to be paid to Monroy and counsel for attorney's fees and costs. The parties agree that all disputes relating to this

litigation and the Short Term Disability claim of Monroy may be dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 8th day of April 2019.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers

**- AND -**

**WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C**

By: /s/ Barry Kirschner
Barry Kirschner
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of April 2019, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Barry Kirschner
Email: bkirschner@waterfallattorneys.com
Attorneys for Plaintiff

By: /s/Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.