UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Monroy,<br>Plaintiff,<br>vs.<br>The Lincoln National Life Insurance Company,<br>Defendant. | Case No. 4:18-CV-00341-JAS<br><br>**[PROPOSED] ORDER** |

The court having learned from the parties that all issues relating to this action and short term disability have been concluded,

IT IS ORDERED THAT civil # 4:18-CV-00341-JAS be dismissed with prejudice.