UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Monroy,<br>Plaintiff,<br>vs.<br>The Lincoln National Life Insurance Company,<br>Defendant. | Case No. 4:18-CV-00341-JAS<br><br>**ORDER** |

The court having learned from the parties that all issues relating to this action and short term disability have been concluded (Doc. 18),

IT IS ORDERED THAT civil # 4:18-CV-00341-JAS be dismissed with prejudice.

The Clerk of the Court shall close the file in the case.

Dated this 12th day of April, 2019.

Honorable James A. Soto
United States District Judge